IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CLIFFORD FOWLER, <br><br> Plaintiff, <br><br> vs. <br><br> THE MISSOURI DEPARTMENT OF CORRECTIONS, LARRY CRAWFORD, STEVEN LONG, DAVID DORMIRE, ARTHUR WOOD, ROBERT JOE GIBSON, and JOHN DOES 1-4 <br><br> Defendant. | Case No. 05-4212-CV-C-NKL |

## AMENDED SCHEDULING ORDER

Pursuant to Rule 16(b) and Rule 26(f) of the Federal Rules of Civil Procedure, and as agreed by the parties, this Amended Scheduling Order shall control all discovery unless modified by subsequent order of the Court for good cause shown:

1. The Rule 26(a) disclosures of Defendants MDOC shall be completed by July 6, 2006.

2. Discovery in this case shall be completed on or before October 30, 2006.

3. In accordance with Rule 16(b), all discovery motions shall be filed on or before October 30, 2006.

4. Subject to Federal Rule of Civil Procedure 12(h)(2), all dispositive motions, including Summary Judgment motions, shall be filed on or before November 30, 2006. All other motions that may be filed pursuant to the Federal Rules of Civil Procedure shall be filed within the time limitations contained in those Rules.

5. The parties have agreed to withdraw without prejudice the current motions for summary judgment on file, namely Plaintiff's Summary Judgment motion filed October 14, 2005 and Defendants' Summary Judgment motion filed on February 24, 2006 [10, 37].

6. Plaintiff shall designate his expert witnesses, if any, and make disclosure as required by Rule 26(a)(2) on or before August 21, 2006.

7. Defendants shall designate their expert witnesses, if any, and make the disclosures required by Rule 26(a)(2) on or before October 5, 2006.

IT IS SO ORDERED.

Dated this 6TH day of June, 2006, at Jefferson City, Missouri.

/s/ William A. Knox
WILLIAM A. KNOX
United States Magistrate Judge