IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CLIFFORD CHARLES FOWLER, Register No. 166478, Plaintiff, v. LARRY CRAWFORD, et al., Defendants. | No. 05-4212-CV-C-NKL |

### ORDER

On February 1, 2006, plaintiff, pro se, filed a motion to serve additional interrogatories upon defendants. Since that time, counsel has been appointed to represent plaintiff and a new scheduling order has been entered. Accordingly, it is

ORDERED that plaintiff's pro se motion of February 1, 2006, is denied as moot. [33].

Dated this 8TH day of June, 2006, at Jefferson City, Missouri.

/s/ William A. Knox

WILLIAM A. KNOX
United States Magistrate Judge